Ed Cullen (SBN 133155)
Amy Carlson (SBN 213294)
WILLIAMS, PINELLI & CULLEN
110 N. 3rd St.
San Jose, California 95113
Telephone: (408) 288-3868
Facsimile: (408) 288-3860
amy@calemploy.com

Attorneys for Plaintiff
JASON ACOSTA

*E-FILED 3/10/09*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ACOSTA,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN RED CROSS, and DOES 1-10<br><br>        Defendants. | No. 5:09-cv-00867<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the court, JASON ACOSTA substitutes Amy Carlson of Williams Pinelli & Cullen, State Bar number 213294 as counsel of record in Place of Amy Carlson of Hinkle, Jachimowicz, Pointer & Emanuel.

Contact information for new counsel is as follows:

Firm Name:    Williams, Pinelli & Cullen
Address:      110 N. 3rd St., San Jose, CA 95113
Telephone:    408-288-3868  Facsimile:  408-288-3860
Email:        amy@calemploy.com

1

1  I consent to the above substitution:
2  Date: 3-4-09
3                                          JASON ACOSTA
4
5  I Consent to being substituted:
6  Date: 3/5/09
                                            AMY CARLSON
7  I consent to the above substitution:
8  Date: 3/5/09
                                            AMY CARLSON
9
10    The substitution of attorney is hereby approved and so ORDERED.
11
12 Date:   March 9, 2009
                                            JUDGE
13

2

SUBSTITUTION OF ATTORNEY (PLAINTIFF)