Steven R. Blackburn   State Bar No. 154797
Andrew J. Sommer     State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:    415.398.0955
sblackburn@ebglaw.com
asommer@ebglaw.com

Attorneys for Defendant,
AMERICAN RED CROSS SANTA CLARA
VALLEY CHAPTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASON ACOSTA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN RED CROSS SANTA CLARA VALLEY CHAPTER, California nonprofit organization, form unknown; and DOES 1-50,<br><br>    Defendant. | Case No. 5:09-cv-00867-RS<br><br>E-FILING<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR HEARING DISPOSITIVE MOTIONS** |

IT IS HEREBY STIPULATED by and between Plaintiff, Jason Acosta ("Plaintiff"), and Defendant, Santa Clara Valley Chapter of the American Red Cross ("Defendant"), through their respective attorneys of record herein, as follows:

    1.    Currently, the deadline for hearing pre-trial motions in this case is March 10, 2010. Defendant will file a motion for summary judgment in this case and intended to notice the motion for the Court's Wednesday civil motion calendar on March 10, 2010.

    2.    Recently, the Court notified the parties that, effective February 15, 2010, Judge Seeborg's civil motion calendar will be conducted on Thursdays, instead of Wednesdays. Plaintiff's counsel is not available on Thursday, March 11, 2010, and Judge Seeborg's calendar clerk has advised that there is no civil motion calendar the previous week. Therefore, the parties

respectfully request that the hearing on this motion be continued to the next civil motion calendar on March 18, 2010, and that the deadline be continued accordingly.

DATED: January 28, 2010        WILLIAMS, PINELLI & CULLEN, LLP

By: _____
    Edward P. Cullen
    Amy Carlson
    Attorneys for Plaintiff
    JASON ACOSTA

DATED: January 28, 2010        EPSTEIN BECKER & GREEN, P.C.

By: _____
    Steven R. Blackburn
    Andrew J. Sommer
    Attorneys for Defendant
    SANTA CLARA VALLEY CHAPTER OF THE AMERICAN RED CROSS

## ORDER

Pursuant to the Stipulation above, the deadline for hearing dispositive motions in this case is continued to March 18, 2010.

IT IS SO ORDERED.

Dated: 01/28/2010

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

respectfully request that the hearing on this motion be continued to the next civil motion calendar on March 18, 2010, and that the deadline be continued accordingly.

DATED: January 28, 2010  WILLIAMS, BINELLI & CULLEN, LLP

By: _____
    Edward P. Cullen
    Amy Carlson
    Attorneys for Plaintiff
    JASON ACOSTA

DATED: January 28, 2010  EPSTEIN BECKER & GREEN, P.C.

By: _____
    Steven R. Blackburn
    Andrew J. Sommer
    Attorneys for Defendant
    SANTA CLARA VALLEY CHAPTER OF THE AMERICAN RED CROSS

## **ORDER**

Pursuant to the Stipulation above, the deadline for hearing dispositive motions in this case is continued to March 18, 2010.

IT IS SO ORDERED.
Dated:

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE