United States District Court
For the Northern District of California

***E-Filed 02/18/2010***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JASON ACOSTA

Plaintiff,

v.

AMERICAN RED CROSS SANTA CLARA VALLEY CHAPTER, et al.,

Defendants.

________________________________________/

No. C 09-00867 RS

**ORDER CONSTRUING PLEADING AS MOTION TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-3**

On February 16, 2010, plaintiff filed a document entitled "Declaration of Amy Carlson in Support of Request for Denial or Continuance of Summary Judgment Under FRCP 56(f)." This document will be construed as a motion to change time under Civil Local Rule 6-3. As such, any opposition should be filed no later than 4 days from the date of this order and should not exceed 5 pages in length. Civil L.R. 6-3(c).

Dated: 2/18/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE