**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JASON ACOSTA,

        Plaintiff,

v.

SANTA CLARA VALLEY CHAPTER OF
THE AMERICAN RED CROSS,

        Defendant.

_____/

No. C 09-00867 RS

**STAND-BY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **May 2, 2010.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 10, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse at 450 Golden Gate Avenue, San Francisco** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 03/11/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE